# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES TURNER BROWN,**

        **Plaintiff,**

**-vs-**                                      **Case No. 6:06-cv-838-Orl-31JGG**

**JAMES LAU and MELODY BAUM,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **PLAINTIFF'S REQUEST FOR COURT TO TAKE JUDICIAL NOTICE (Doc. No. 19)**
>
> **FILED:**     **August 14, 2006**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice. Among other shortcomings, the Plaintiff has failed to comply with Local Rule 3.01(g), has failed to provide a memorandum of legal authority in support of the request as required by Local Rule 3.01(a), and has failed to produce a copy of the state court opinion at issue.

> **MOTION:** **PLAINTIFF'S MOTION FOR COURT TO RULE AS A MATTER OF LAW AND FOR DIRECTED VERDICT (Doc. No. 18)**
>
> **FILED:** **August 14, 2006**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.  Rule 50 motions are made at trial – after a party has been fully heard on an issue – not before it.

> **MOTION:** **PLAINTIFF'S REQUEST FOR HEARING (Doc. No. 20)**
>
> **FILED:** **August 14, 2006**
> _____
>
> The two motions at issue having been resolved, it is **ORDERED** that the motion for a hearing is **DENIED** as moot.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 29, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party