# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JAMES TURNER BROWN,**

        **Plaintiff,**

**-vs-**                                      **Case No. 6:06-cv-838-Orl-31JGG**

**JAMES LAU and MELODY BAUM,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Joint Notice of Settlement and Motion for Dismissal (Doc. No. 29), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that Plaintiff's claims against Defendant James Lau are dismissed with prejudice, each party to bear its own fees and costs. Any pending motions as to this Defendant are **DENIED** as moot. However, the Court cannot approve a settlement, as requested by the parties, without being privy to the specifics thereof.

**Plaintiff's claims against Defendant Melody Baum remain pending, and Plaintiff shall file a status report regarding those claims within 11 days of the date of this Order.**

**DONE** and **ORDERED** in Chambers in Orlando, Florida on October 4, 2006.

                                                            GREGORY A. PRESNELL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party